No. A–847. Persico v. United States. C. A. 2d Cir. Application for bail presented to Mr. Justice Douglas, and by him referred to the Court, denied.

No. D–23. In re Disbarment of Lee. It is ordered that Clifford Taylor Lee of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92, October Term, 1970. Whitcomb, Governor of Indiana v. Chavis et al., 403 U. S. 124. Motions for modification of costs and to retax costs denied. Mr. Justice Douglas would grant the motion to retax costs.

No. 73–29. Corning Glass Works v. Brennan, Secretary of Labor. C. A. 2d Cir.; and

No. 73–695. Brennan, Secretary of Labor v. Corning Glass Works. C. A. 3d Cir. [Certiorari granted, 414 U. S. 1110.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 73–38. United States v. Marine Bancorporation, Inc., et al. Appeal from D. C. W. D. Wash. [Probable jurisdiction noted, 414 U. S. 907.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Motion of the Comptroller of the Currency for additional time for oral argument granted and appellees allotted 15 additional minutes for that purpose.